**RHOME D. ZABRISKIE, #9113**
ZABRISKIE LAW FIRM, LLC
899 N. Freedom Boulevard, Ste. 200
Provo, Utah 84604
Telephone: (801) 375-7680

ATTORNEY FOR DEFENDANT

## IN THE UNITED STATE DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ENTRY OF APPEARANCE, PLEA OF NOT GUILTY |
| Plaintiff, | |
| vs. | |
| MICHAEL JAMES PASCAL, | Case No: 2:13-mj-402-EJF |
| Defendant, | |

COMES NOW, Rhome Zabriskie, and hereby enters his limited appearance for and in behalf of the above-named defendant, enters his/her plea of not guilty as charged, and respectfully requests that all communications from the Court with regards to said case be with this office.  Zabriskie Law Firm enters its appearance for the limited purpose of representing the defendant in the above captioned case through arraignment, pretrial, and sentencing only.

DATED this ___30___ day of ___October___, 2013.

/s/ Rhome Zabriskie_____
RHOME ZABRISKIE

**RHOME D. ZABRISKIE, #9113**
ZABRISKIE LAW FIRM, LLC
899 N. Freedom Boulevard, Ste. 200
Provo, Utah 84604
Telephone: (801) 375-7680

ATTORNEYS FOR DEFENDANT

# UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAILING CERTIFICATE |
| Plaintiff, | |
| vs. | |
| MICHAEL JAMES PASCAL, | Case No. 2:13-mj-402-EJF |
| Defendant, | |

I hereby certify I mailed a true and correct copy of the foregoing ENTRY OF APPEARANCE,

PLEA NOT GUILTY to the U.S. Attorney's Office, 185 South State St. # 300, Salt Lake City,

Utah 84111.

DATED this __30__ day of ___October___ 2013.


/s/ Madison Thomas
Secretary