**RHOME D. ZABRISKIE, #9113**
ZABRISKIE LAW FIRM, LLC
899 N. Freedom Boulevard, Ste. 200
Provo, Utah 84604
Telephone: (801) 375-7680

ATTORNEY FOR DEFENDANT

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MICHAEL JAMES PASCAL, Defendant, | REQUEST FOR DISCOVERY Case No: 2:13-mj-402-EJF |

COMES NOW the defendant pursuant to URCrP Rule 16 of the Utah Code Annotated and requests the following items of discovery from the prosecution, or its agents in law enforcement, or dispatch:

1.      Copies of police reports, audio recordings, video recordings, written statements, or recorded statements, gathered by law enforcement in its investigation of this case.

2.      Any and all evidence known to the prosecution or police which tends to negate the guilt of the accused, or mitigate the guilt of the accused, or mitigate the degree of the offense for reduced punishment.

3.      A copy of the criminal history of any person the prosecution intends to call as a witness against the defendant in its case in chief, or as a rebuttal witness.

4.      Copies of all forensic reports, toxicology reports, or other scientific reports

including alcohol tests, blood tests, drug toxicology, DNA, etc.

5. Full color copies of any photographic evidence gathered by law enforcement in its investigation of this case.

6. The name, address and telephone number of each and every witness who the prosecution intends to call as a witness in this case, or who the prosecution does not intend to call, but who may otherwise offer exculpatory evidence.

7. Copy of any property list documenting items in the defendants possession at the time of defendant's arrest.

8. Any list of evidence seized by law enforcement in its investigation of this case.

**9. Copy of any audio recording of a 911 call made in relation to this case and the telephone number each call was made from.**

10. Copy of any dash camera video recording made in relation to this case.

11. For any DUI case provide the following:

a) the last prior and first subsequent calibration affidavits from the Intoxilyzer used to measure the defendant's BAC; and

b) the certification of the police officer operating the Intoxilyzer equipment.

WHEREFORE, the defendant respectfully requests this Court to grant his Motion for Discovery.

DATED this ___30___ day of _____October_____, 2013.

/s/ Rhome Zabriskie
RHOME ZABRISKIE